# Isbell & Associates, LLC
Registered Professional Reporters
910 Government St
Mobile, AL 36604

| Invoice # | 3831 |
|---|---|
| Date | 2/27/2010 |
| Scheduled | 2/18/2010 |

To:

RONNIE L. WILLIAMS
ATTORNEY AT LAW
814 SAINT FRANCIS STREET
POST OFFICE BOX 40322
MOBILE, AL 36602

| REGINA WHITE v. THYSSENKRUPP STEEL USA, INC. CV-09-286-WS-N | Reporter |
|---|---|
| | MC |

| Description | Amount |
|---|---|
| APPEARANCE FEE | 200.00 |
| ORIGINAL AND ONE COPY OF THE DEPOSITIONS OF ANDY RITTER (72), EILEEN O'BRIEN (70), JANET ROBERSON (45), SHILPA BURKETT (84) - 271 PP @ $4.20: | 1,138.20 |
| EXHIBITS (copied and scanned) | 3.50 |
| Payments/Credits | $0.00 |

Condensed transcripts, word indexes and electronic files available upon request.
Terms: Net 30 days. 2.5% per month on unpaid balance
FED TAX ID 26-2086533

Phone: 251 432-DEPO        Fax: 251-432-6376

**Total** $1,341.70

**Balance Due** $1,341.70